AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ABERCROMBIE & FITCH TRADING CO., <br><br> *Plaintiff(s)* <br> v. <br><br> ELEGANCE PERFUMES, INC., an active Florida corporation, d/b/a ELEGANCE PERFUME <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 0:23-cv-60526-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elegance Perfumes, Inc., a Florida corporation
BY SERVING ITS REGISTERED AGENT: Ather Abbas Syed
10400 NW 55th Street, Suite #400
Sunrise, Florida 33351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 20, 2023

Angela E. Noble
Clerk of Court



**SUMMONS**

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts